**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JERMAN NEVEAUX | * CIVIL DOCKET |
| VERSUS | * |
| JEFFERSON PARISH SHERIFF OFFICERS | * |
| INDIVIDUALLY AND IN THEIR OFFICIAL | |
| CAPACITY AS COMMISSIONED LAW | *SECTION |
| ENFORCEMENT OFFICERS FOR SAID PARISH: | |
| SGT. CHRISTY CLEMENT,SGT. JULIO AVARADO, | * |
| DET. GEORGE KISTER, DEP. JOSEPH RAGAS, | |
| SGT. FRANK RENAUDIN, DET. BLAKE HOLLIFIELD, | *JUDGE |
| DET. TODD RIVERE, DET. DEREK GREEN, | |
| MAJ. MICHAEL DUPUIS, SGT. TRAVIS ESENNAN, | * |
| DET. MELVIN FRANCIS,SGT. MARLO BRUNO, | |
| SGT. RODNEY NAUMANN, COL. JOHN FORTUNATO, | * |
| DET. WILLIAM RONIGER, SGT. MARK LAYRISSON, | |
| DEP. NATHANIAL OBIOL, DET. ADRIAN THOMPSON, | *MAGISTRATE |
| DET. STEPHEN VILLERE, DEP. ERIC HYMEL, | |
| SGT. GARY BARTEET, DET. DONALD ZANOTELLI, | |
| SGT. THOMAS GAI, LT. ELVIN MODICA, | * |
| DET. MICHAEL SCHMITT,DET. ROBERT MILES, | |
| DET. JEAN LINCOLN **AND** DEP. SEAN WHALEN | * |

                    *    *    *    *    *    *    *

## <u>COMPLAINT</u>

This is an action is brought pursuant to 42 U.S.C. 1983 and 1988 and pursuant

to the Fourth and Fourteenth Amendment of the United States Constitution and

relative state law pursuant to 28 U.S.C. 1367 against the defendants use of excessive

force during his arrest and for punitive and non-pecuniary damages for serious

injuries sustained during this seizure.

## STATEMENT OF JURISDICTION

1.

Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343, and 28 U.S.C. §1367. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1343 because Mr. Neveaux's claims are brought under the laws of the United States and its constitution. This Court also has supplemental jurisdiction over Mr. Neveaux's state law claims pursuant to 28 U.S.C. §1367.

## PARTIES

2.

Jerman Neveaux is a person of majority domiciled in the Parish of Jefferson, State of Louisiana.

3.

The following parties are made defendants to this case:

1) Christy Clement, ("Sgt. Clement"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

2) Julio Avarado, ("Sgt. Avarado"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon

information and belief, a resident and domiciliary of this District;

3) George Kister ("Det. Kister"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

4) Joseph Ragas ("Dep. Ragas"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

5) Frank Renaudin,("Sgt. Renaudin"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

6) Blake Hollifield ("Det. Hollifield"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

7) Todd Rivere ("Det. Rivere"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

8) Derek Green ("Det. Green"), individually and in his official capacity as a

3

Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

9)    Maj. Michael Dupuis ("Maj. Dupuis"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

10)   Travis Esennan ("Sgt. Esennan"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

11)   Melvin Francis ("Det. Francis"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

12)   Marlo Bruno ("Sgt. Bruno"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

13)   Rodney Naumann ("Sgt. Naumann"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

14)   John Fortunato ("Col. Fortunato"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and,

upon information and belief, a resident and domiciliary of this District;

15)   William Roniger ("Det. Roniger"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

16)   Mark Layrisson ("Sgt. Layrisson"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

17)   Nathanial Obiol ("Dep. Obiol"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

18)   Adrian Thompson ("Det. Thompson"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

19)   Stephen Villere ("Det. Villere"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

20)   Eric Hymel ("Dep. Hymel"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

21)  Gary Barteet ("Sgt. Barteet"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

22)  Donald Zanotelli ("Det. Zanotelli"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

23)  Thomas Gai ("Sgt. Gai"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

24)  Elvin Modica ("Lt. Modica"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

25)  Michael Schmitt ("Det. Schmitt"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

26)  Robert Miles ("Det. Miles"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

27)   Jean Lincoln ("Det. Lincoln"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

28)   Sean Whalen ("Dep. Sean"), individually and in his official capacity as a Jefferson Parish Deputy Sheriff, a person of the full age of majority and, upon information and belief, a resident and domiciliary of this District;

4.

All of the above named Defendants are bound jointly, severally and solidarily onto plaintiff, in an amount fair and reasonable under the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, including attorneys' fees, for the following reasons. Additionally, all claims asserted below, are being brought against Defendants in both their individual and their official capacities.

**FACTUAL BACKGROUND**

5.

On June 22, 2016, the plaintiff was arrested a the suspect for the murder of JPSO Deputy Michael David.

6.

All of the acts and omissions complained of herein were done with actual malice toward plaintiff and with willful and wanton indifference to and deliberate disregard for plaitiff's Constitutional rights.

7.

According to the video of the arrest, the plaintiff was standing in a backyard when approached by the deputies.  The dupties drew the firearms and the plaintiff raised his hand and began to lay on the ground.

8.

While in a position of submission, several deputies rushed the plaintiff and forced him to the ground.  While on the ground and on his face, the plaintiff's arms were raise behind his back.

9.

While handcuffing the plaintiff, several officers began to kick and beat him. The deputies, in leaving the backyard, walked plaintiff though a citizens home. One of the deputies slammed the plaintiff's face against the corner of a table causing serve lacerations to his face and eye.

10.

As a result of the excessive force and serve beating, the plaintiff suffered nerve

damage, mental anguish, disfigurement and partial blindness in the right eye. (Exhibits 1, 2 & 3)

## **DAMAGES**

### 11.

The plaintiff suffered the following non-exclusive pecuniary losses and damages for which the defendants are liable to him:

a      Medical and related expenses;

b.     Pain and suffering;

c.     Disability;

d.     Disfigurement;

e.     Mental Anguish;

f.     Loss of enjoyment of life;

g.     Other damages allowed by law to be shown at trial.

## **ATTORNEY'S FEES**

### 12.

Plaintiff seeks to recover attorney's fees as authorized by the Civil Rights Attorney's Fees Awards Act of 1976, amending Title 42 U.S.C. Sec. 1988, in addition to all other relevant statutes and regulations, for his counsel's actions in enforcing Sections 1983 and 1985 of Title 42 of the United States Code.

13.

All of the Defendants named herein are liable to Plaintiff, jointly, severally and in solido.

14.

Inasmuch as any of the allegations contained herein are inconsistent, they are deemed to have been pled in the alternative and plaintiff reserve the right to amend this complaint.

**REQUEST FOR JURY TRIAL**

15.

Plaintiff is entitled to and requests a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Jerman Neveaux, prays that upon trial of this cause, judgment will be entered against the Defendants herein for all actual, compensatory and punitive damages in an amount to be determined by a jury, together with prejudgment and post-judgment interest and costs and attorneys' fees and costs. Plaintiff also asks the Court to award such other and further relief as may be proper, to include a trial by jury on all issues.

Respectfully submitted,
**Law Office of Willard J. Brown, Sr.**

By:/s/Willard J. Brown, Sr.
Willard J. Brown, Sr., #23405
4619 S. Claiborne Ave.
New Orleans, LA 70125
Telephone: (504) 638-2274
Fax: (504) 822-3861
Brownsrw@yahoo.com

## **CERTIFICATE**

I hereby certify that on this 22nd day of June, 2017, I electronically filed the foregoing pleading, with the Clerk of Court, through the CM/ECF system and served upon all counsel of record to this proceeding.

/s/ Willard J. Brown, Sr.
Willard J. Brown, Sr.

11