# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERMAN NEVEAUX | * | CIVIL DOCKET: |
| VERSUS | * | SECTION: |
| SGT. CHRISTY CLEMENT ET. AL. | * | JUDGE: |
| | * | MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, undersign authority, person came an appeared:

**Jerman Neveaux**

who after first being duly sworn did depose and state:

1. That he is the complainant in the above and foregoing complaint and have read it in its entirety.

2. That the allegation contained in the complaint are true and correct to the best of my information, knowledge and belief.

3. That he is incarcerated at the Nelson Coleman Correctional Center and is indigent.

_____
Jerman Neveaux

SWORN TO AND SUBSCRIBED before this 22nd day of June, 2017.

_____
Willard J. Brown, Sr