# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERMAN NEVEAUX | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 17-6069 |
| CHRISTY CLEMENT, et al | * | SECTION: " A " |
| | * | MAGISTRATE (2) |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO STAY PROCEEDINGS

NOW INTO COURT, through undersigned counsel comes, Jerman Neveaux, plaintiff in the above captioned matter, who moves this Honorable Court for an order staying the proceeding in this matter until after the prosecution of the criminal matter for the following reasons to-wit:

1.

The plaintiff filed his complaint on June 22, 2017, naming 28 officers of the Jefferson Parish Sheriff's office of violating his rights under 42 USC 1983. Summons were issued for service of process on July 11, 2017 for each defendant.

2.

The deputies were located at various locations[1] in Jefferson Parish. A private process server was employed to serve the deputies at these various locations, which

---

[1] Different departments (crime scene), Districts and the Academy

did not include their work schedule.

3.

On October 2-3, 2017, the deputies were served at their respective place of employment.

4.

On October 20, 2017, the undersigned received a call from Attorney Daniel R. Martiny, Esq., who represented that he represented the Sheriff's office, including the served deputies. We agreed to move the court for an order to stay the proceeding until after the criminal prosecution is completed.

WHEREFORE, plaintiff prays that this Honorable Court issue and Order staying this matter until the completion of the criminal prosecution in the matter of State of LA v. Jerman Neveaux, 24th JDC, No. 16-04029 §B and a motion to place matter the matter back on the active docket.

Respectfully submitted,
**Law Office of Willard J. Brown, Sr.**

By:/s/Willard J. Brown, Sr.
Willard J. Brown, Sr., #23405
4619 S. Claiborne Ave.
New Orleans, LA 70125
Telephone: (504) 638-2274
Fax: (504) 218-5380
Brownsrw@yahoo.com

# **CERTIFICATE**

I hereby certify that on this 26th day of October, 2017, I electronically filed the foregoing pleading, with the Clerk of Court, through the CM/ECF system and served upon all counsel of record to this proceeding:

**Daniel R. Martiny, Esq.**
**Martiny & Associates, LLC**
**131 Airline Hwy., Ste. 201**
**Metairie, LA 70001**

/s/ Willard J. Brown, Sr.
Willard J. Brown, Sr.