## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERMAN NEVEAUX | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 17-6069 |
| CHRISTY CLEMENT, et al | * | SECTION: " A " |
| | * | MAGISTRATE (2) |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the above and foregoing motion to stay proceeding,

IT IS ORDERED that this matter be stayed until the completion of the criminal prosecution of the plaintiff, in the matter, State of Louisiana v. Jerman Neveaux, 24th Judicial District Court, Parish of Jefferson, State of Louisiana, No.: 16-04029 §B.

IT IS FURTHER ORDERED that this matter shall be placed on the active docket upon motion of counsel for plaintiff or defendant at the completion of the criminal prosecution of the plaintiff.

11/14/17

_____
DISTRICT JUDGE