U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Jan 28 2025

CAROL L. MICHEL
CLERK

bwn                    Mail

Jerman Neveaux, DOC #787794
David Wade Correctional Center
670 Bell Hill Rd. H1A
Homer, LA  71040

14 January 2025

Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras St. Rm C151
New Orleans, LA  70130

**RE: NEVEAUX v. CLEMENT et al.
DOCKET No. 2:17-cv-06069-JCZ-JCW**

Honorable Court:

Recently I was informed that my Counsel of Record, Mr. Willard James Brown, Sr., was denied by the Louisiana Supreme Court in his Petition to Vacate judgment of permanent retirement. **(See Attached Documents - 369 So.3d 801 & 395 So.3d 871).**

Therefore, at this moment I do not have a counsel to represent my case in the above referenced matter.

I'm respectfully requesting to be appointed a counsel; or in the alternative, I would appreciate any information you can provide me with in order to solve this issue of counsel representation.

I do appreciate your time and consideration to this matter. With kindest regards, I am

Respectfully Yours,

Jerman Neveuax, DOC #787794
David Wade Correctional Center
670 Bell Hill Rd. H1A
Homer, LA  71040

xc: JN/1

TENDERED FOR FILING

JAN 28 2025

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

369 So.3d 801 (Mem)
Supreme Court of Louisiana.

IN RE: Willard J. BROWN, Sr.

No. 2023-OB-00880

September 6, 2023

Petition for Permanent Retirement from the Practice of Law.

## Opinion

*1 Petition for permanent retirement from the practice of law granted. See order.

ORDER

**1 Considering the Petition for Permanent Retirement from the Practice of Law filed by petitioner, Willard J. Brown, Sr., and the recommendation of the Office of Disciplinary Counsel that the petition be granted,

IT IS ORDERED that the petition of Willard J. Brown, Sr., Louisiana Bar Roll number 23405, for permanent retirement from the practice of law be and is hereby granted, pursuant to Supreme Court Rule XIX, § 20.2. This order shall be effective immediately.

IT IS FURTHER ORDERED that the Office of Disciplinary Counsel may seek the appointment of a trustee(s) to protect the interests of respondent's clients pursuant to the provisions of Supreme Court Rule XIX, § 27, if appropriate.

NEW ORLEANS, LOUISIANA, this __ day of _____, 2023.

*802 FOR THE COURT:

/s/ _____

JUSTICE, SUPREME COURT OF LOUISIANA

## All Citations

369 So.3d 801 (Mem), 2023-00880 (La. 9/6/23)

**End of Document**  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW

395 So.3d 871 (Mem)
Supreme Court of Louisiana.

## IN RE: Willard James BROWN, Sr.

No. 2024-OB-01112

November 6, 2024

Petition to Transfer to Active Status.

## Opinion

*1 Petition to vacate judgment of permanent retirement denied. Request for oral argument denied.

## All Citations

395 So.3d 871 (Mem), 2024-01112 (La. 11/6/24)

**End of Document**  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

JERMAN NEVEAUX, DOC #787794
DAVID WADE CORRECTIONAL CENTER
670 BELL HILL RD. H1A
HOMER, LA 71040

LEGAL MAIL

SHREVEPORT LA 710
15 JAN 2025 PM 1 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST. Rm C151
NEW ORLEANS, LOUISIANA 70130

NOT RESPONSIBLE FOR CONTENTS
JAN 15 2025
DWCC